United States District Court
Southern District of Texas
**ENTERED**
September 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHNNY LEE DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-00228 |
| | § | |
| CITY OF ARANSAS PASS, TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REMAND

By Order (D.E. 8) dated August 24, 2016, the Court granted leave to Plaintiff to file an amended complaint on or before September 9, 2016. Plaintiff has timely filed his amended complaint (D.E. 9), which the Court deems duly filed. In his amended complaint, Plaintiff has eliminated all claims presenting federal questions. This Court now lacks jurisdiction to proceed in this matter regarding state law claims among non-diverse parties. The Court REMANDS this action to the 343rd Judicial District Court, San Patricio County, Texas, the court from which it was removed.

ORDERED this 19th day of September, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE